## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PARRISH JAMAR MORRISETTE,** **#317317,** | ) ) ) | |
| **Petitioner,** | ) ) | |
| **vs.** | ) ) | **CIV. ACT. NO. 1:22-cv-82-TFM-B** |
| **REOSHA BUTLER,** | ) ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED, ADJUDGED**, and **DECREED** that Petitioner's habeas petition brought pursuant to

28 U.S.C. § 2254 is **DISMISSED without prejudice**.   Further, the Court determines that

Morrisette is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal

*in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE